**AEF**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6894**

In the Matter of

Alvin Fields, et al., etc., Plaintiffs,
    v.
Lyon Workspace Products, LLC, et al.,
                         Defendants.

Case Number:

**JUDGE LEFKOW**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alvin Fields, Allen Campbell, J.R. Pryor, Jr., and Robert Mosby, on behalf of themselves and others similarly situated, Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Stephen A. Yokich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> *[signature]* | |
| FIRM <br> CORNFIELD AND FELDMAN | |
| STREET ADDRESS <br> 25 East Washington Street, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602-1803 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181707 | TELEPHONE NUMBER <br> (312) 236-7800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐