**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALVIN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:07-cv-6894 |
| | ) | |
| LYON WORKSPACE, | ) | Judge Lefkow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **8th day** of **January, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Lefkow, or any other judge sitting in his/her stead in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1925, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS TO THE AMENDED COMPLAINT**.

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorney for Defendant

 s/ Eric P. Mathisen
Eric P. Mathisen, 19475-71
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1220
Fx: (312) 807-3619
eric.mathisen@ogletreedeakins.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 18, 2007, the foregoing **NOTICE OF MOTION** was filed electronically.  Notice of this filing will be sent via the Court's electronic filing system to:

>Stephen A. Yokich, Esq.
>CONFIELD AND FELDMAN
>25 East Washington Street
>Suite 1400
>Chicago, IL 60602-1803

>**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
>Attorney for Defendant
>
> s/ Eric P. Mathisen
>Eric P. Mathisen, 19475-71
>Two First National Plaza, 25th Floor
>20 South Clark St.
>Chicago, IL 60603
>Tel: (312) 558-1220
>Fx:  (312) 807-3619
>eric.mathisen@ogletreedeakins.com

4792709.1 (PERSONAL)