**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Alvin Fields, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:07−cv−06894
                                                         Honorable Joan H. Lefkow

Lyon Workspace Products, LLC., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

   MINUTE entry before Judge Joan H. Lefkow :Defendant's agreed motion for extension of time to 1/22/2008 to respond to complaint [10] is granted. Noticed motion hearing date of 1/8/2008 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.