**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALVIN FIELDS,                )<br>                              )<br>       Plaintiff,            )<br>vs.                           )       CASE NO. 1:07-cv-6894<br>                              )<br>LYON WORKSPACE,              )       Judge Lefkow<br>                              )<br>       Defendant.            ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Come now Defendants, by counsel, and move the Court for an extension of time to and including January 25, 2008 in which to answer or otherwise respond to Plaintiffs' Complaint. In support hereof, Defendants show the Court as follows:

1. Defendant's Answer other responsive pleading to Plaintiff's Complaint are currently due by January 22, 2008.

2. The undersigned counsel for Defendants will require additional time to review relevant materials in order to prepare the proper response to Plaintiffs' Complaint.

3. Defendants' counsel has contacted Plaintiffs' counsel, who has stated he has no objection to the extension of time requested herein.

**WHEREFORE,** Defendants respectfully request that this Court grant Defendants additional time, to and including January 25, 2008, in which to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorney for Defendant

 s/ Eric P. Mathisen
Eric P. Mathisen, 19475-71
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1220
Fx:  (312) 807-3619
eric.mathisen@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 22, 2008, the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was filed electronically. Notice of this filing will be sent via U.S. mail to:

| | |
|---|---|
| Robert W. Alexander | Todd Edelman |
| Bredhoff & Kaiser, PLLC | Bredhofff & Kaiser, PLLC |
| 805 15th Street, N.W. | 805 15th Street NW |
| Suite 1000 | Suite 1000 |
| Washington, DC 20005 | Washington, DC 20005 |

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorney for Defendant

 s/ Eric P. Mathisen
Eric P. Mathisen, 19475-71
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1220
Fx:  (312) 807-3619
eric.mathisen@ogletreedeakins.com