UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 07-cv-6894 |
| | ) | |
| LYON WORKSPACE, | ) | Judge Lefkow |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING
AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter is before the Court on the Defendants' Motion for Extension of Time to Respond to Complaint. The Court, having examined said motion and being duly advised, now grants same.

**IT IS HEREBY ORDERED** that Defendants are granted an extension of time to and including January 25, 2008 in which to Answer or otherwise respond to the Plaintiffs' Complaint.

Dated: _____

_____
Judge, United States District Court

5393021.1 (OGLETREE)