## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALVIN FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:07-cv-6894 |
| ) | |
| LYON WORKSPACE, ) | Judge Lefkow |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **29th day** of **January, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Lefkow, or any other judge sitting in his/her stead in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1925, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS TO THE AMENDED COMPLAINT**.

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorney for Defendant

 s/ Eric P. Mathisen
Eric P. Mathisen, 19475-71
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1220
Fx:  (312) 807-3619
eric.mathisen@ogletreedeakins.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 22, 2008, the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent via the Court's electronic filing system to:

| | |
|---|---|
| Robert W. Alexander | Todd Edelman |
| Bredhoff & Kaiser, PLLC | Bredhofff & Kaiser, PLLC |
| 805 15th Street, N.W. | 805 15th Street NW |
| Suite 1000 | Suite 1000 |
| Washington, DC 20005 | Washington, DC 20005 |

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorney for Defendant

 s/ Eric P. Mathisen
Eric P. Mathisen, 19475-71
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603
Tel: (312) 558-1220
Fx:  (312) 807-3619
eric.mathisen@ogletreedeakins.com