

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6894 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Fields vs. Lyon Workspace Products | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Status hearing set for 4/24/2008 at 9:30 a.m. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 3/14/2008. Non-expert discovery will close on 5/2/2008.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|