IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Alvin Fields**, et al., ) | | |
| Plaintiffs, ) | | |
| v. ) | Case No. 1:07-cv-6894 | |
| ) | Judge Joan H. Lefkow | |
| **Lyon Workspace Products, LLC**, et al., ) | | |
| ) | | |
| Defendants. ) | Jury Trial Demanded | |

## AMENDED MOTION TO EXTEND DEADLINES

Plaintiffs, by their attorneys, hereby amend their motion to extend certain deadlines, which was filed yesterday. These are the reasons for the motion:

1. Yesterday, Plaintiffs filed a motion to extend the deadline for answering Defendants' counterclaim. Defendants do not oppose that motion.

2. In their previous motion, Plaintiffs failed to include a request to extend the time for amending the Complaint, to March 21, 2008. Defendants do not oppose this request.

3. Accordingly, for the reasons set forth in the prior motion, Plaintiffs hereby move for an extension of time to file an Amended Complaint in this case until March 21, 2008.

WHEREFORE, the Plaintiffs pray that the deadline for filing an Amended Complaint be extended from March 14 to March 21, 2008.

Respectfully submitted,

CORNFIELD AND FELDMAN

CORNFIELD AND FELDMAN       By:   /s/ Stephen A. Yokich
Suite 1400                              Stephen A. Yokich
25 East Washington Street
Chicago, IL   60602-1803
(312) 236-7800
(312) 236-6686 (fax)

                                        BREDHOFF & KAISER, P.L.L.C.

BREDHOFF & KAISER, P.L.L.C.     By:   Robert Alexander, Esq.
805 15th Street N.W., Suite 1000           Todd E. Edelman, Esq.
Washington, DC  20005
(202) 842-2600
(202) 842-1888 (fax)

                                        Attorneys for Plaintiffs

Dated:  March 14, 2008

## **CERTIFICATE OF SERVICE**

Stephen A. Yokich, an attorney, hereby certifies that on March 14, 2008, he caused the foregoing **Amended Motion To Extend Deadlines** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Mark E. Schmidtke, Esq.
> Eric P. Mathisen, Esq.
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Suite 2500
> Two First National Plaza
> 20 South Clark Street
> Chicago, Illinois   60603

and further certifies that on March 14, 2008, he caused the same document to be served upon the following nonregistered participants by U.S. Mail, first-class postage prepaid and addressed as shown below:

> A. Craig Cleland, Esq.
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Suite 2100
> 600 Peachtree Street NE
> Atlanta, Georgia   30308

>                                        /s/ Stephen A. Yokich
>                                        Stephen A. Yokich