IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alvin Fields**, et al.,  )  <br>  ) <br> Plaintiffs,  ) <br>  ) <br> v.  ) <br>  ) <br> **Lyon Workspace Products, LLC**, et al.,  ) <br>  ) <br> Defendants.  ) | Case No. 1:07-cv-6894 <br> Judge Joan H. Lefkow <br><br> Jury Trial Demanded |

**NOTICE OF MOTION**

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on the 20th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan H. Lefkow, or any judge who may be sitting in her stead, in the Courtroom usually occupied by her in Room 1925, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiffs' **Amended Motion To Extend Deadlines,** a copy of which has been herewith served upon you, at which time and place you may appear if you so desire.

Respectfully submitted,

CORNFIELD AND FELDMAN

CORNFIELD AND FELDMAN      By:   /s/ Stephen A. Yokich
Suite 1400                                     Stephen A. Yokich
25 East Washington Street
Chicago, IL   60602-1803
(312) 236-7800
(312) 236-6686 (fax)

                                                                                BREDHOFF & KAISER, P.L.L.C.

| | |
|---|---|
| BREDHOFF & KAISER, P.L.L.C.<br>805 15th Street N.W., Suite 1000<br>Washington, DC  20005<br>(202) 842-2600<br>(202) 842-1888 (fax)<br><br>Dated:  March 14, 2008 | By:   Robert Alexander, Esq.<br>        Todd E. Edelman, Esq.<br><br><br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

Stephen A. Yokich, an attorney, hereby certifies that on March 14, 2008, he caused the foregoing **Notice of Motion** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mark E. Schmidtke, Esq.
>Eric P. Mathisen, Esq.
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Suite 2500
>Two First National Plaza
>20 South Clark Street
>Chicago, Illinois   60603

and further certifies that on March 14, 2008, he caused the same document to be served upon the following nonregistered participants by U.S. Mail, first-class postage prepaid and addressed as shown below:

>A. Craig Cleland, Esq.
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Suite 2100
>600 Peachtree Street NE
>Atlanta, Georgia   30308

/s/ Stephen A. Yokich
Stephen A. Yokich