IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alvin Fields**, et al.,                )  | |
|          Plaintiffs,        ) | |
| v.                             )  | Case No. 1:07-cv-6894 |
|                                )  | Judge Joan H. Lefkow |
| **Lyon Workspace Products, LLC**, et al., ) | |
|                                )  | |
|          Defendants.        )  | Jury Trial Demanded |

### NOTICE OF MOTION

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on the 27th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan H. Lefkow, or any judge who may be sitting in her stead, in the Courtroom usually occupied by her in Room 1925, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Leave To File Supplemental Complaint**, a copy of which has been served upon you by the Court's CM/ECF system, at which time and place you may appear if you so desire.

                                            Respectfully submitted,

CORNFIELD AND FELDMAN         CORNFIELD AND FELDMAN
Suite 1400
25 East Washington Street              By:   /s/ Stephen A. Yokich
Chicago, Illinois   60602-1803                  Stephen A. Yokich
(312) 236-7800
(312) 236-6686 (fax)

BREDHOFF & KAISESR, P.L.L.C.      BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., Suite 1000
Washington, DC   20005-2207          By:   Robert Alexander, Esq.
(202) 842-2600                                        Todd E. Edelman, Esq.
(202) 842-1888 (fax)

                                          Attorneys for Plaintiffs

Dated:  March 21, 2008

## CERTIFICATE OF SERVICE

Stephen A. Yokich, an attorney, hereby certifies that on March 21, 2008, he caused the foregoing **Notice of Motion** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Mark E. Schmidtke, Esq.
> Eric P. Mathisen, Esq.
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Suite 2500
> Two First National Plaza
> 20 South Clark Street
> Chicago, Illinois  60603
>
> A. Craig Cleland, Esq.
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> Suite 2100
> 600 Peachtree Street NE
> Atlanta, Georgia  30308

and further certifies that on March 21, 2008, he caused the same document to be served upon the following nonregistered participants by U.S. Mail, first-class postage prepaid and addressed as shown below:

> None.

/s/ Stephen A. Yokich
Stephen A. Yokich