IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alvin Fields**, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-6894 |
| ) | Judge Joan H. Lefkow |
| **Lyon Workspace Products, LLC**, et al., ) | |
| ) | |
| Defendants. ) | Jury Trial Demanded |

### PLAINTIFFS' MOTION TO DISMISS
### DEFENDANTS' COUNTERCLAIM FOR LACK
### OF SUBJECT MATTER JURISDICTION, OR, IN THE
### ALTERNATIVE, FOR FAILURE TO STATE A CLAIM

Plaintiffs, through counsel, respectfully request pursuant to Federal Rule of Civil Procedure 12(b)(1) that the Court dismiss Defendants' Counterclaim for lack of subject matter jurisdiction under section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), or, in the alternative, for failure to state a claim pursuant to Rule 12(b)(6). The grounds for this motion are more fully set forth in the accompanying memorandum in support.

Respectfully submitted,

CORNFIELD AND FELDMAN

By:   /s/ Stephen A. Yokich
Stephen A. Yokich

CORNFIELD AND FELDMAN
Suite 1400
25 East Washington Street
Chicago, IL  60602-1803
(312) 236-7800
(312) 236-6686 (fax)

|  |  |
|---|---|
|  | BREDHOFF & KAISER, P.L.L.C. |
| BREDHOFF & KAISER, P.L.L.C.<br>Suite 1000<br>805 Fifteenth Street, N.W.<br>Washington, DC  20005-2207<br>(202) 842-2600<br>(202) 842-1888 (fax)<br><br>Dated:  March 21, 2008 | By:   Robert Alexander, Esq.<br>         Todd E. Edelman, Esq.<br><br><br><br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

Stephen A. Yokich, an attorney, hereby certifies that on March 21, 2008, he caused the foregoing **Plaintiffs' Motion To Dismiss Defendants' Counterclaim for Lack of Subject Matter Jurisdiction, or, in the Alternative, for Failure To State a Claim** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mark E. Schmidtke, Esq.
>Eric P. Mathisen, Esq.
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Suite 2500
>Two First National Plaza
>20 South Clark Street
>Chicago, Illinois   60603
>
>A. Craig Cleland, Esq.
>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>Suite 2100
>600 Peachtree Street NE
>Atlanta, Georgia   30308

and further certifies that on March 21, 2008, he caused the same document to be served upon the following nonregistered participants by U.S. Mail, first-class postage prepaid and addressed as shown below:

>None.

/s/ Stephen A. Yokich
Stephen A. Yokich