# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6894 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Fields, et al. vs. Lyon Workspace Products, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' agreed motion to extend the time to 3/21/2008 to respond to the counterclaim [23] is granted. Plaintiffs' amended motion to extend the time to 3/21/2008 for filing an amended complaint [25] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|