## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6894 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Fields, et al. vs. Lyon Workspace Products, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for leave to file supplemental complaint [27] is granted. Defendants shall answer or otherwise plead to the supplemental complaint and respond to plaintiff's motion to dismiss defendants' counterclaim [29] by 5/5/2008; plaintiffs shall reply in support of their motion to dismiss defendants' counterclaim by 5/19/2008. Ruling will issue by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|