IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN FIELDS, et al. | ) |
|     Plaintiffs, | ) |
| vs. | )    Case No. 1:07-cv-6894 |
| | )    Judge Joan H. Lefkow |
| LYON WORKSPACE PRODUCTS, LLC, et al., | ) |
|     Defendants. | ) |

## STIPULATION REGARDING DISMISSAL OF COUNTERCLAIM

The parties, by counsel, stipulate and agree to the dismissal with prejudice of Defendants'/Counterclaimants' Counterclaim against Plaintiffs/Counterclaim Defendants, Alvin Fields, Allen Campbell, and J.R. Pryor, Jr. pursuant to Rule 41 of the Federal Rules of Civil Procedure. It is further stipulated and agreed that, by agreeing to dismiss their counterclaim, Defendants/Counterclaimants are not waiving their contention or right to seek and argue that participant contributions, pursuant to the terms of the Insurance Agreement and Lyon Workspace Products, LLC Hourly Retirees Health Plan ("Plan"), should be paid to Lyon Workspace Products, LLC ("Lyon") and the Plan if any individuals are reinstated to the Plan. It is further stipulated and agreed that, upon dismissal of the counterclaim the motion to dismiss the counterclaim filed by Plaintiffs/Counterclaim Defendants shall be deemed moot, and Plaintiffs/Counterclaim Defendants shall not seek any sanctions related to the Counterclaim.

|  |  |
|---|---|
| Dated: June 4, 2008 | Respectfully submitted,<br><br>**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**<br>Attorney for Defendants/Counterclaimants<br><br>s/ Eric P. Mathisen<br>Eric P. Mathisen, 19475-71<br>Two First National Plaza, 25th Floor<br>20 South Clark St.<br>Chicago, IL 60603<br>Tel: (312) 558-1220<br>Fx:  (312) 807-3619<br>eric.mathisen@ogletreedeakins.com |
| Dated: June 4, 2008 | **Bredhoff & Kaiser, PLLC**<br>Attorney for Plaintiffs/Counterclaim Defendants<br><br>s/ Todd Edelman<br>Todd Edelman<br>805 15th Street, N.W.<br>Suite 1000<br>Washington, DC 20005 |

Stephen A. Yokich
Cornfield & Feldman
25 East Washington St.
Chicago, IL 60602

6395449.1 (OGLETREE)