UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:07-cv-6894 |
| | ) | |
| LYON WORKSPACE, | ) | Judge Lefkow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **12th day of June, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Lefkow, or any other judge sitting in his/her stead in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1925, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached **STIPULATION REGARDING DISMISSAL OF COUNTERCLAIM.**

    Respectfully submitted,

    **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
    Attorney for Defendant

     s/ Eric P. Mathisen
    Eric P. Mathisen, 19475-71
    Two First National Plaza, 25th Floor
    20 South Clark St.
    Chicago, IL 60603
    Tel: (312) 558-1220
    Fx:  (312) 807-3619
    eric.mathisen@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 4, 2008, the foregoing **NOTICE OF MOTION and STIPULATION REGARDING DISMISSAL OF COUNTERCLAIM** were filed electronically. Notice of this filing will be sent via the Court's electronic filing system to:

> Stephen A. Yokich, Esq.
> CONFIELD AND FELDMAN
> 25 East Washington Street
> Suite 1400
> Chicago, IL 60602-1803

And Notice of this filing will be sent via U.S. mail by Defendants' counsel to:

> Robert W. Alexander
> Todd Edelman
> Bredhoff & Kaiser, PLLC
> 805 15th Street, N.W.
> Suite 1000
> Washington, DC 20005

> **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> Attorney for Defendant
>
> s/ Eric P. Mathisen
> Eric P. Mathisen, 19475-71
> Two First National Plaza, 25th Floor
> 20 South Clark St.
> Chicago, IL 60603
> Tel: (312) 558-1220
> Fx:  (312) 807-3619
> eric.mathisen@ogletreedeakins.com

6398163.1 (OGLETREE)