Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6894 | DATE | 6/12/2008 |
| CASE TITLE | Fields vs. Lyon Workspace Products, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/31/2008 at 9:30 a.m. Motion regarding stipulation of dismissal of counterclaim [37] is granted. Enter Order on Stipulation of Dismissal of Counterclaim. Defendants'/counterclaimants' counterclaim against plaintiffs/counterclaimant defendants Alvin Field, Allen Campbell, and J.R. Pryor, Jr. is dismissed with prejudice pursuant to Rule 41 of the FRCP. Plaintiffs' motion to dismiss defendants' counterclaim [29] denied as moot. Joint oral motion to extend discovery cut-off to 7/31/2008 is granted.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:03

FILED
2008 JUN 17 AM 8:19
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|