IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN FIELDS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:07-cv-6894 |
| | ) Judge Joan H. Lefkow |
| LYON WORKSPACE PRODUCTS, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON STIPULATION OF DISMISSAL OF COUNTERCLAIM

The parties, by counsel, Stipulation Regarding Dismissal of Counterclaim in the following words and figures, to-wit:

**H.I.**

and the Court being duly and sufficiently advised now GRANTS the parties' stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants'/Counterclaimants' Counterclaim against Plaintiffs/Counterclaim Defendants, Alvin Fields, Allen Campbell, and J.R. Pryor, Jr. is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that by agreeing to dismiss their counterclaim, Defendants/Counterclaimants have not waived their contention or right to seek and argue that participant contributions, pursuant to the terms of the Insurance Agreement and Lyon Workspace Products, LLC Hourly Retirees Health Plan ("Plan"), should be paid to Lyon Workspace Products, LLC ("Lyon") and the Plan if any individuals are reinstated to the Plan.

IT IS FURTHER ORDERED that the motion to dismiss the counterclaim filed by Plaintiffs/Counterclaim Defendants is now moot.

Dated: 6-12-08

Judge, United States District Court